IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-05039-01-CR-SW-DW |
| | ) | |
| WILLIAM JOSEPH LOWE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is Magistrate Judge James C. England's Report and Recommendation denying Defendant William Joseph Lowe's Motion to Dismiss Indictment (Doc. 23). Defendant filed objections to the Report and Recommendation. After an independent review of the record, the applicable law and the parties' arguments, the Court adopts the Magistrate's findings of fact and conclusions of law. Accordingly, the Court orders that the Magistrate's Report and Recommendation be attached to and made a part of this Order, and denies Defendant's Motion to Dismiss Indictment (Doc. 19).

SO ORDERED.

Date:   April 16, 2009                    /s/ Dean Whipple
                                                                                Dean Whipple
                                                                 United States District Judge